```
5-638536
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
MAERSK LINE,

                        Plaintiff,

       - against -                              CIVIL COMPLAINT
                                                IN ADMIRALTY
AFRICAN CENTRAL MARKET,
and JOHN WILLIAMS,

                        Defendant.
-----------------------------------------X
```



07 CV 2937

APR 12 2007

Plaintiff MAERSK LINE, by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendants AFRICAN CENTRAL MARKET and JOHN WILLIAMS, in personam, in a cause of action civil and maritime, alleges upon information and belief:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Clause 14.4 of plaintiff's Bill of Lading.

2. At all times hereinafter mentioned, plaintiff MAERSK LINE was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 6000 Carnegie Blvd., Charlotte, NC 28209.

3. Upon information and belief and at all times hereinafter mentioned, defendants had and now have the legal status and place of business as set forth in Schedule A.

4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendants pursuant to plaintiff's published tariff, all as set forth in Schedule A.

5. Thereafter, the goods were carried to the ports of destination and delivered to the defendant and/or its agents.

6. Plaintiff has performed all duties and obligations required to be performed by plaintiff.

7. Defendants have failed and refused and continue to fail and refuse to remit payment of $4,100.00, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $4,100.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon, costs, disbursements and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendants citing them to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
April 11, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By _____
Albert J. Avallone - AA1679
Attorneys for Plaintiff
MAERSK LINE
551 Fifth Avenue, Suite 1625
New York, NY 10176
(212) 696-1760

SCHEDULE A

I. Defendant's status & address:

    A. Upon information and belief and at all times hereinafter mentioned, defendant AFRICAN CENTRAL MARKET was and still is a company organized and existing under the laws of the State of Massachusetts, with offices and a place of business at 65 Fletcher St., Lowell, MA 01854.

    B. Upon information and belief and at all times hereinafter mentioned, defendant JOHN WILLIAMS was and still is a natural person and resident of the State of Massachusetts, residing c/o African Central Market, 65 Fletcher St., Lowell, MA 01854.

II. Details of shipment(s):

    1. Bill of Lading No. MAEU511196257, dated October 18, 2006, from Apapa to Newark via Algeciras on the Vessel TINGLEU MAERSK, one (1) twenty-foot container SAID TO CONTAIN: PACKAGES OF FOOD, at the applicable tariff charge of $5,299.00 (Exhibit A). Defendants' check numbers 5001 for $4,000.000, and 103 for $1,500.00 were dishonored by the bank due to Insufficient Funds (Exhibits B and C).

Amount Paid: $1,199.00        Amount Due: $4,100.00

III. Total Amount Due: $4,100.00

B/L No. MAEU 511196257

| Shipper/Exporter (complete name and address) | Booking No. |
|---|---|
| WESTREND LIMITED<br>285, IDIROKO ROAD, MARYLAND<br>LAGOS- STATE, NIGERIA.<br>TEL-082338556, 08023035115,<br>08023204423 | 511196257<br>Export references |
| Consignee (complete name and address) | Forwarding agent - references |
| AFRICAN CENTRAL MARKET<br>C/O JOHN WILIAMS.<br>53, FLETCHER STREET, N5C LOWELL,<br>MA-01854. TEL: 9784543696, 9785099238<br>FAX: 9784543699 | Point and Country of Origin |
| Notify Party (complete name and address) | Domestic routing/export instructions |
| SAME AS CONSIGNEE | |

Shipper memoranda not part of Bill of Lading

| Precarriage by | Place of Receipt | | |
|---|---|---|---|
| | APAPA | | |
| Vessel | Voy No. | Port of Loading | Onward inland routing |
| TINGLEV MAERSK | 0618 | ALGECIRAS | |
| Port of Discharge | Place of Delivery | | |
| NEWARK | NEWARK S/D | | |

CARRIER'S RECEIPT — PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| Container No./Seal No. Marks and Numbers | No. of Containers or pkgs. | Kind of packages; description of goods | Gross Weight | Measurement |
|---|---|---|---|---|
| MSKU3635886<br>ML-NG0086302 | 1 | CY / CY<br>20FT<br>1030 PACKAGES<br>OF FOOD-ITEMS ONLY<br>SHIPPED ONBOARD | 12000.000 KGS | 25.000 CBM |

NON NEGOTIABLE COPY

| Freight & Charges | Rate | | Unit | Prepaid | Collect |
|---|---|---|---|---|---|
| BASIC FREIGHT 1.00* | 2750.00 | USD | 20' | | 2750.00 |
| INLAND HAUL. IMPORT | 1358.00 | USD | SURCHARGE | | 1358.00 |
| BUNKER ADJUST FACTOR | 125.00 | USD | SURCHARGE | | 125.00 |
| CHASSIS USAGE CHARGE | 60.00 | USD | SURCHARGE | | 60.00 |
| DEST HANDLING CHARGE | 500.00 | USD | SURCHARGE | | 500.00 |
| EMERG BUNKER SURCHGE | 250.00 | USD | SURCHARGE | | 250.00 |
| FREIGHT TAX | 45.00 | USD | SURCHARGE | | 45.00 |
| FUEL CHARGE | 150.00 | USD | SURCHARGE | | 150.00 |
| CRT SECURITY CHARGE | 5.00 | USD | SURCHARGE | | |

Total Prepaid:
Total Collect: USD 5299.00

Place of Issue: LAGOS
Date: OCT 18 06

SEE ATTACHED SHEET

MAERSK INC.
As Agents only

OCT 18 2006

```
ARRIER SECURITY CHA         6.00    USD    SURCHARGE
ESTINATION DOC FEE                  USD    SM
```

MAERSK INC.



Bank of America Direct

```
JOHN WILLIAMS                      Bank of America
AFRICAN CENTRAL MARKET             Business Credit Card        5001
65 FLETCHER ST
LOWELL MA 01854              Date  12/07/06              68-1/510

Pay to the    MAERSK  LINE                              $ 4,000·00
order of  _____

          FOUR THOUSAND AND 00 ————————————          Dollars

Bank of America          Payable through
                         Bank of America, N.A.
                         Richmond, Virginia

For _____      John W_____

⑈051000017⑈ 000300192523960⑈ 5001  ⑊000040000⑊
```

Check Info

| | |
|---|---|
| Account: | 300192523960 |
| Amount: | 4,000.00 |
| Check #: | |
| Posted Date: | 12/06/2006 |

Bank of America, N.A. Member FDIC.
©2006 Bank of America Corporation. All rights reserved.



EXHIBIT "B"

```
JOHN WILLIAMS                                              103
AFRICAN CENTRAL MARKET
97 EASTER ST
LOWELL MA 21850               Date  2/15/07       64-00611

Pay to the
order of   MAERSK LINE                            $ 1,500.00

           One Thousand Five Hundred                    Dollars

FIRST EQUITY   Payable through Columbus Bank & Trust
               Columbus, GA 31902

For _____          John Williams

⑆064100695⑆ 1730006068208 ⑈ 0103
```

EXHIBIT "C"