UNITED STATES DISTRICT COURT
Southern District of New York
Docket/Case No: 07CV2937

## Maersk Line
vs.
## African Central Market, and John Williams

I hereby certify and return that today, June 1, 2007, at 12:17 PM, I served a true and attested copy of the within Summons together with a copy of the Complaint in this action upon the within named John Williams, by giving in hand to John Williams. Said service was effected at: c/o African Central Market, 63 Fletcher Street, Lowell, MA 01854.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on June 1, 2007.

_____
Dean DeVito, Constable of Lowell
& Disinterested Person over Age 18.

**Presidential Process Service, Inc.**
419 Park Ave. So. Suite 700
New York, New York 10016
212-889-3200  212-889-3204 Fax

___Dean DeVito___ personally appeared before me, and proved his/her identification through satisfactory evidence which were __personally known__ to be the person whose name is signed on the preceding or attached document in my presence to on this 20 day of June, 2007.
Jenny Savarly, Commonwealth of Massachusetts
Notary Public    My Commission Expires May 9, 2014