5-638536
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

MAERSK SEALAND,                                    07 CV 2937 (COTE)

                              Plaintiff,           ORDER TO
                                                   SHOW CAUSE

          - against -

AFRICAN CENTRAL MARKET,
and JOHN WILLIAMS,

                              Defendants.
-------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed affidavit of Albert J. Avallone, Esq., with Exhibits annexed thereto, the affidavit of Dave Johnson, and upon all prior pleadings and proceedings herein, defendants AFRICAN CENTRAL MARKET and JOHN WILLIAMS are summoned to show cause before the Hon. Denise Cote, D.J. at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, NY, in Courtroom 11B thereof, on the _30_ day of _July_, 2007, at _noon_ a.m. why judgment by default should not be entered against defendants due to defendants' failure to respond to the Complaint.

PLEASE TAKE FURTHER NOTICE that service on defendants AFRICAN CENTRAL MARKET and JOHN WILLIAMS by first class mail, postage prepaid, on or before _July   12_, 2007 shall be deemed sufficient service thereof.

No prior application for the relief requested has been made.

Dated: New York, New York
       July _9_, 2007

                                        _____
                                        Denise Cote
                                        U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/07