5-638536
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
MAERSK SEALAND,                                     07 CV 2937 (COTE)

            Plaintiff,
                                         DEFAULT JUDGMENT

    - against -

AFRICAN CENTRAL MARKET,
and JOHN WILLIAMS,

           Defendants.
------------------------------------------------------X

       This action having been commenced on November 3, 2003 by the filing of a Summons and Complaint, and a copy of the Summons and Complaint having been served on defendants AFRICAN CENTRAL MARKET and JOHN WILLIAMS on June 1, 2007 by personal service on John Williams, defendant and president of defendant AFRICAN CENTRAL MARKET, and proofs of service having been filed, and the defendants not having answered the Complaint, and the time for answering the Complaint having expired,

       Now, on motion of the Law Offices of Albert J. Avallone & Associates, attorneys for the plaintiff, it is

       ORDERED, ADJUDGED AND DECREED that the plaintiff have judgment against defendants AFRICAN CENTRAL MARKET and JOHN WILLIAMS in the liquidated amount of $4,100.00, with interest at 6% from October 18, 2006 amounting to $177.93, plus the costs and disbursements of this action in the amount of $670.00, amounting in all to $4,947.93.

Dated: New York, New York
       July 20, 2007

                                                      _____
                                                  U.S.D.J.

**THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON** _____

USDC SDNY
[stamp: ELECTRONICALLY FILED]
DATE FILED: 7/20/07